# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

NOEL A. CROWSON

    v.

MICHAEL J. ASTRUE

Case Number: 09-4243-CV-C-REL-SSA

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

– **that plaintiff's motion for summary judgment is denied. It is further**
– **ORDERED that the decision of the Commissioner is affirmed.**

ENTERED ON: November 9, 2010

                                              ANN THOMPSON
                                              Court Executive

                                              L. Bax

                                              (By) Deputy Clerk